**UNITED STATES of America,
Petitioner—Appellee,**

v.

**Raphael MENDEZ, Respondent—
Appellant.**

**United States of America,
Petitioner—Appellee,**

v.

**Raphael Mendez, Respondent—
Appellant.**

**Nos. 07–6191, 07–6240.**

United States Court of Appeals,
Fourth Circuit.

Submitted: July 2, 2007.

Decided: July 16, 2007.

Raphael Mendez, Appellant Pro Se.
David Thomas Huband, Bureau of Prisons,
Butner, North Carolina, for Appellee.

Before WILKINSON, TRAXLER, and
GREGORY, Circuit Judges.

No. 07–6191 dismissed; No. 07–6240
affirmed by unpublished PER CURIAM
opinion.

Unpublished opinions are not binding
precedent in this circuit.

PER CURIAM:

In these consolidated appeals, Raphael
Mendez appeals district court orders deny-
ing his motion for reimbursement, for a
change of venue in his civil commitment
proceedings (No. 07–6191) and ordering
that he remain committed pursuant to 18
U.S.C. § 4246 (2000) (No. 07–6240). We
dismiss as frivolous No. 07–6191 and af-
firm No. 07–6240.

In No. 07–6191, the district court prop-
erly found there were no fees for which
Mendez could seek reimbursement. In ad-
dition, despite Mendez's repeated efforts
to have the venue moved to the Virgin
Islands, the district court properly found
venue was proper. *See* 18 U.S.C.
§ 4247(h) (2000). Accordingly, we dismiss
as frivolous the appeal from this order.

In No. 07–6240, Mendez appeals the dis-
trict court order finding that he continues
to meet the criteria for commitment pursu-
ant to 18 U.S.C. § 4246 (2000). A district
court's denial of unconditional release un-
der § 4246 is a factual determination
which will not be overturned unless it is
clearly erroneous. *See United States v.
Cox,* 964 F.2d 1431, 1433 (4th Cir.1992)
(stating general review standard for factu-
al findings under § 4246). In order to
commit Mendez under § 4246, the court
must find both: (1) that he is suffering
from a mental disease or defect, and (2)
that as a result of his mental disease, his
release would create a substantial risk of
harm to another or the property of anoth-
er. There is no doubt that the evidence
before the court supported the district
court's findings. Even Mendez's indepen-
dent clinical and forensic psychologist
agreed with the risk assessment prepared
by the medical professionals at FMC
Rochester. Accordingly, we affirm the
district court's order.

We dismiss as frivolous the appeal in
No. 07–6191 and affirm the order appealed
in No. 07–6240. We dispense with oral
argument because the facts and legal con-
tentions are adequately presented in the
materials before the court and argument
would not aid the decisional process.

*No. 07–6191 DISMISSED; No. 07–6240 AFFIRMED.*